UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | Case No.: 10-CV-03502-LHK |
| Plaintiff, | ORDER REQUIRING PARTIES TO FILE JOINT STATUS REPORT BY AUGUST 15, 2011 AT 2PM |
| v. | |
| TUNG VAN LE, ET AL., | |
| Defendants. | |

On May 3, 2011, the Court issued an Order denying the parties' request to extend the May 5, 2011 mediation deadline to August 3, 2011. *See* Dkt. #21. However, the Court did extend the mediation deadline to June 30, 2011, the same day as the deadline to file dispositive motions. That Order stated:

> The Court encourages the parties to act promptly in contacting the Court's ADR Program, selecting a mediator, and scheduling a mediation. Other than the extension of the mediation deadline to June 30, 2011, all the deadlines in the Court's January 5, 2011 Case Management Order remain as set. The parties should note that further requests for extension of time are disfavored.

*Id*. at 2.

Pursuant to the January 5, 2011 Case Management Order, the last day to file dispositive motions was June 30, 2011; the pretrial conference is set for August 31, 2011; and the trial start date is set for September 19, 2011.

As of the date of this Order, the Court has not received a certificate of mediation from the ADR Program or any other status update from the parties. In fact, there have been no filings in the

1
Case No.: 10-CV-03502-LHK
ORDER REQUIRING PARTIES TO FILE JOINT STATUS REPORT

case since the May 3, 2011 Order.  Accordingly, **by Monday, August 15, 2011 at 2:00 p.m.**, the parties must file a joint status report advising the Court of the result of their mediation and of the status of the litigation.  Failure to timely respond to this Order risks dismissal of this case without prejudice.

**IT IS SO ORDERED.**

Dated:  August 11, 2011

_____
LUCY H. KOH
United States District Judge