Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joe Hand Promotions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Tung Van Le, et al.,<br><br>Defendants. | CASE NO. CV 10-3502 LHK<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS TUNG VAN LE and DUNG TU TRINH, individually and d/b/a CAJUN CRAWFISH |

IT IS HEREBY STIPULATED by and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendants TUNG VAN LE and DUNG TU TRINH, individually and d/b/a CAJUN CRAWFISH, that the above-entitled action is hereby dismissed **with prejudice** against TUNG VAN LE and DUNG TU TRINH, individually and d/b/a CAJUN CRAWFISH.

///
///
///
///
///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: August 11, 2011

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
Joe Hand Promotions, Inc.

Dated: Aug 11, 2011

TINGLEY PIONTKOWSKI
By: Bruce Piontkowski
Attorneys for Defendants TUNG VAN LE and DUNG TU TRINH, individually and d/b/a CAJUN CRAWFISH

IT IS SO ORDERED: The Clerk shall close the file.

_____
The Honorable Lucy H. Koh
United States District Court
Northern District of California

Dated: August 12, 2011

STIPULATION OF DISMISSAL
CV 10-3502 LHK
PAGE 2